**1**

**Daniel EMILY, Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, Respondent.**

**No. WD 39691.**

Missouri Court of Appeals, Western District.

Feb. 23, 1988.

James R. Anderson, Kansas City, for appellant.

Norma S. Webster, Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal from final order terminating employment with the City.

Affirmed. Rule 84.16(b).

**Gregory GITZ, Defendant–Appellant,**

v.

**STATE of Missouri, Plaintiff–Respondent.**

**No. 53185.**

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 1988.

Patricia Ann Riehl, Hillingsworth & Kramer, Hillsboro, for defendant-appellant.

William L. Webster, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Movant, Gregory Gitz, appeals from the denial of his Rule 27.26 motion after an evidentiary hearing.

The judgment of the trial court is affirmed. Rule 84.16(b).